IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02147-AP

KIMBERLY ZIKMUND,

      Plaintiff,

      v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Chris R. Noel, Esq.
3000 Pearl Street, Suite 105
Boulder, Colorado 80301-2431
Telephone:  (303) 449-6503
Fax:  (720) 214-1836
E mail: chrisnoel@noelaw.com

For Defendant:
David Gaouette
United States Attorney for the District of Colorado

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov
Sandra Krider
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-0015; Fax: (303) 844-0770
sandra.krider@ssa.gov
Attorneys for Defendant

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**      **Date Complaint Was Filed:   9/09/09.**

    **B.**      **Date Complaint Was Served on U.S. Attorney's Office: 9/10/09**

    **C.**      **Date Answer and Administrative Record Were Filed: 11/6/09.**

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff states:  This case involves no unusual claims.

Defendant states:  This case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

Plaintiff states:   The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

Defendant states: Defendant does not have any other matters to raise at this time.

## 8. BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due: 12/16/09**

    **B.**    **Defendant's  Response Brief Due: 1/19/10**

    **C.**    **Plaintiff's  Reply Brief Due: 2/3/10**

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Oral Argument is requested.
    **B.**    **Defendant's Statement:**  Oral Argument is not requested.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES
MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY
OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>,
ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

***The parties agree that  the Joint Case Management Plan may be altered or amended only
upon a showing of <u>good cause</u>.***

DATED:  November 19, 2009

BY THE COURT:

*<u>s/John L. Kane</u>*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone:  (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff Kimberly Zikmund | UNITED STATES ATTORNEY<br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/Sandra T. Krider<br>By:<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0015<br>sandra.krider@ssa.gov<br><br>Attorneys for Defendant |