IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-2147-AP**

**KIMBERLY S. ZIKMUND,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of Plaintiff's Motion to Dismiss (doc. #16), filed February 16, 2010, it is

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  February 17, 2010

       BY THE COURT:

       *S/John L. Kane*
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT