IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2147-AP**

**KIMBERLY S. ZIKMUND,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Motion to Withdraw Motion and Reply for Approval of Attorney Fees (doc. #23), filed March 22, 2010, is GRANTED. Plaintiff's Motion and Reply for Approval of Attorney Fees is deemed withdrawn.

Dated: March 22, 2010